IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00018-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES A. BALDWIN,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendant's Notice of Appeal [Docket No. 2] of the Judgment entered by Magistrate Judge Kathleen M. Tafoya on January 18, 2011 in Case No. 10-po-01136-KMT.  It is

    ORDERED that defendant/appellant shall file his opening brief by **February 22, 2011**.  The United States/Appellee shall file its response brief by **March 15, 2011**.  Defendant/Appellant may file a reply brief by **March 29, 2011**.  The opening brief and the response brief shall not exceed twenty pages, and the reply, if any, shall not exceed ten pages.  The parties shall comply with this Court's Practice Standards and D.C.COLO.LCivR 10.1 with regard to format and style of filings.

    DATED January 20, 2011.